UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

IN RE ADMINISTRATIVE WARRANT OF: )
)
PACKERS SANITATION )
SERVICES, INC., LTD. )
2613 S. Limit Ave, ) Case No. 22-sw-633
Sedalia, MO 65301 )
) **SEALED**
)
)

I hereby certify that a copy of the within warrant was duly served on the company named hereon on:

Emmett Daniels _____ (person)
2613 S. Limit _____ (address)
Sedalia MO 65301

## RETURN

Inspection of the establishment described in the warrant was made on __10/13/22__, (date).

_Susan M. Lang_ (Signature)
_Susan M. Lang_ (Print)
Wage and Hour Investigator
Wage and Hour Division
United States Department of Labor